# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### COMPLAINT

No. _____
28W1588-02

**District of Columbia ss:**

**Defendant's Name:** Kim Chapel Townsend
(First) (MI) (Last)

328843 (PDID)    186679 (CCNO)

**Address:** 302 SOUTH COURTHOUSE RD., ARLINGTON VA

On or about August 8, 2002, within the District of Columbia, KIM CHAPEL TOWNSEND entered the 1325 13TH ST NW WDC of NICHOLS JOHN GAUDIOSO, with intent to STEAL. (Second Degree Burglary, in violation of 22 D.C. Code, Section 801(b)) (2001 ed.)

**Co-Defendants:**

NOTE: Pursuant to Act of Congress, July 29, 1970 Pub L. 91-358, Sec. 210(a), Title II 84 Stat 628 (23 District of Columbia Sec 563). All felony warrants are servable at any place within the United States. Fugitives arrested in other jurisdictions are to be removed pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia.

A TRUE COPY
TEST: MAR 1 9 2004
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk

_____ Affiant's Name

Subscribed and sworn to before me this ___9___ day of _____October, 2002_____

(Judge) (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____Kim Chapel Townsend_____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued __10/9/02__                        _____ Judge
Superior Court of the District of Columbia

| Sex: Male | DOB: 07/11/1960 | CCN: 186679 | PDID: 328843 |
|---|---|---|---|
| Papering Officer: Det. Robert King | | | Badge No.: D2215 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: 3-19-2020  13:00 |
|---|---|
| AUSA Signature: W0410195 | Fel. 1 ☐   AFTC ☐   Domestic ☐ |



## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

U S W No.: 1588-02

| DEFENDANT'S NAME: TOWNSEND, KIM CHAPEL | CCR: 02-186679 | PDID: 328843 |
|---|---|---|

| SEX: MALE | RACE: BLACK | D.O.B.: 07/11/1960 | HEIGHT: 600 | WEIGHT: 150 | EYES: BROWN | HAIR: BLACK | COMPLEXION: LIGHT/FAIR |

DEFENDANT'S HOME ADDRESS: 302 South Courthouse Road, ARLINGTON, VIRGINIA
TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS:
TELEPHONE NUMBER:

COMPLAINANT'S NAME: GAUDIOSO, NICHOLS JOHN

LOCATION OF OFFENSE: 1325 13TH ST NW
DATE OF OFFENSE: 08/08/2002
TIME OF OFFENSE: 06:00

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On August 08, 2002, the COMPLAINANT (C-1) reported to the Metropolitan Police Department (MPD) that he was a victim of a Burglary. The Complainant stated the burglary occurred on Thursday, August 08, 2002, at his dwelling located at 1325 13th Street NW, Apartment #36, between the hours of 6:00 in the morning and 7:00 in the evening, while he was not home. The burglar smashed a second floor window and made entry into the dwelling. C-1 reported the following property stolen: Yashica Camera, a glass jug full of change, Four (4) Watches described as a Timex Indigo, HRC, Movado, Swiss Army, a Gruen and a black backpack. C-1 valued the stolen items at approximately Three Thousand ($3000.00) Dollars.

Officer EDWARD ASHBY, of the Third District completed the preliminary investigation into the burglary and completed a Police Department, Event Report for Second Degree Burglary, Bearing Central Complaint Numbers 02-118679.

During Officer ASHBY'S on the scene investigation he observed a white carrying bag in front of Apartment number 36 of 1325 13th Street NW. Officer ASHBY immediately recognized the white carrying bag from an earlier incident during his tour.

Officer ASHBY states on Thursday, August 08, 2002 at 5:45 in the evening, he was on routine bike patrol in the 900 block of O Street NW. Officer ASHBY received a complaint from a citizen for a Disorderly Male in front of 943 O Street NW. Officer ASHBY responded to the address and a male (unidentified) threw a white carrying bag to the ground. The contents of the bag spilled on the ground and Officer ASHBY could see that the bag contained clothing, a condom and a bottle of lotion. (The same exact items in the bag found at 1325 13th Street NW.) The owner of the bag identified himself as MARK WILSON. Officer ASHBY cleared the assignment and returned to his bike patrol duties.

On Thursday, August 08, 2002 at approximately 6:00 in the evening, Officer ASHBY again observed MARK WILSON in the area of 1319 14th Street NW. He noticed MARK WILSON was no longer in possession of the white carrying bag and MARK WILSON was now suffering from a laceration to his right index finger.

Detective Glen Giardino assisted in the investigation. Detective Giardino conducted an NCIC and WALES check on the name MARK WILSON and his identifiers. The check failed to disclose a MARK WILSON. However the records identified a KIM CHAPEL TOWNSEND, PDID#: 328843 and a Virginia SID#: VA466839 as a possible match, because of a similar birth date.

On Friday, August 09, 2002, Officer ASHBY viewed a known photograph of KIM TOWNSEND, Virginia SID#: VA466839. Officer

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
TOWNSEND, KIM CHAPEL

AFFIANT'S SIGNATURE:
Xc _Robert H. King_

SUBSCRIBED AND SWORN TO BEFORE ME THIS _9_ DAY OF _October_ 20_02_

Charge With: SECOND DEGREE BURGLARY

ASSISTANT UNITED STATES ATTORNEY

A TRUE COPY
TEST: MAR 19 2004
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 1 of 2 pages

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW No.: 1588-02 |
|---|

| DEFENDANT'S NAME: TOWNSEND, KIM CHAPEL | CCR: 02-186679 | PDID: 328843 |
|---|---|---|

| SEX: MALE | RACE: BLACK | D.O.B.: 07/11/1960 | HEIGHT: 600 | WEIGHT: 150 | EYES: BROWN | HAIR: BLACK | COMPLEXION: LIGHT/FAIR |
|---|---|---|---|---|---|---|---|

**DEFENDANT'S HOME ADDRESS:** 302 South Courthouse Road, ARLINGTON, VIRGINIA

**TELEPHONE NUMBER:**

**DEFENDANT'S BUSINESS ADDRESS:**

**TELEPHONE NUMBER:**

**COMPLAINANT'S NAME:** GAUDIOSO, NICHOLS JOHN

**LOCATION OF OFFENSE:** 1325 13TH ST NW

**DATE OF OFFENSE:** 08/08/2002

**TIME OF OFFENSE:** 06:00

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

ASHBY positively identified KIM TOENSEND's photograph as the same subject who identified himself as MARK WILSON and the same person in possession of the white carrying bag in front of 943 O Street NW, that was later found at the scene of the burglary.

During this investigation, Detective Golab of the Arlington County Police Department assisted MPD in this investigation. Detective Golab was involved in an unrelated investigation where the Defendant was arrested on August 10th 2002. During the Defendant's arrest processing a watch was recovered from the Defendant's possession. Detective Golab also executed a search warrant at the Defendant's home address. During the execution of the search warrant at the Defendant's home address three (3) watches were recovered. Detective Golab was aware of our burglary and contacted C-1. C-1 responded to Arlington County Police Department and Detective Golab had C-1 view photographs of the recovered watches from the Defendant's possession and home. C-1 positively identified all four (4) watches as his and the same watches stolen from his house on August 08, 2002.

Based on the aforementioned facts and circumstances, your affiant has probable cause to believe the Defendant committed this offense. Therefore, your affiant respectfully requests a Judge of District of Columbia, Superior Court, issue an arrest warrant for the Defendant arrest.

A TRUE COPY
TEST: MAR 1 9 2004
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk

**TO: WARRANT CLERK**
**PLEASE ISSUE A WARRANT FOR:**
TOWNSEND, KIM CHAPEL

**Charge With:** SECOND DEGREE BURGLARY

_____
ASSISTANT UNITED STATES ATTORNEY

**AFFIANT'S SIGNATURE:** X Robert A. King

SUBSCRIBED AND SWORN TO BEFORE ME THIS 9 DAY OF October 2002

_____
(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 2 of 2 pages

Mar 19 04 10:57a    p.8